UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EARL A. LEE,

    Petitioner,

v.

J. SOTO,

    Respondent.

Case No. 16-01570 BLF (PR)

**ORDER OF TRANSER**

Petitioner, a state prisoner at the California State Prison in Lancaster, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state sentence out of Los Angeles County. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Here, Petitioner is challenging his conviction out of Los Angeles County, which lies within the venue of the Western Division of the Central District of California. *See* 28 U.S.C. § 84(c). Therefore, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Western Division of the Central District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

Dated: July 15, 2016

BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\BLF\HC.16\01570Lee_transfer